[No. 5438-8-II.   Division Two.   April 13, 1983.]

FLOYD BARDSLEY, JR., *as Executor, Appellant,* v.
FLOYD ROWLAND, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80-2-00676-0, Carol A. Fuller, J., entered February 24, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 9999-0-I.   Division One.   April 18, 1983.]

JOHN ROSS, *Respondent,* v. MART LIIKANE,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-17200-0, George H. Revelle, J., entered February 10, 1981. *Vacated* and *remanded* by unpublished per curiam opinion.

[No. 12116-2-I.   Division One.   April 18, 1983.]

ALBERT M. MARK, *Appellant,* v. JACK HOPKINS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-00256-9, Jack P. Scholfield, J., entered July 16, 1982. *Dismissed* by unpublished per curiam opinion.

[No. 10014-9-I.   Division One.   April 18, 1983.]

KNUTE HOVIK, ET AL, *Respondents,* v. DONALD
H. BORTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 843019, Thomas Collins, J. Pro Tem., entered February 13, 1981. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Andersen, C.J., and Callow, J.